IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>                Plaintiff,<br><br>vs.<br><br>LACY MCCONNELL, CALEB KINSELLA, and ROCHELLE KINSELLA,<br><br>                Defendants. | CV 23-05-BLG-SPW-TJC<br><br>ORDER |

Upon the Plaintiff, American National Property and Casualty Company's Notice of Dismissal (Doc. 5),

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**.

DATED this 12th day of July, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1